IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CR-58-D

UNITED STATES OF AMERICA, )
)
v. ) ORDER
)
JEREMY RUSSELL GREENE, )
)
Defendant. )

The United States SHALL respond to defendant's motion for compassionate release [D.E. 52] not later than February 18, 2026.

SO ORDERED. This 9 day of January, 2026.

JAMES C. DEVER III
United States District Judge